KAMEN v DEPARTMENT OF STATE HIGHWAYS

(KAMEN v STATE HIGHWAY COMMISSION)

(KAMEN v MICHIGAN)

Docket No. 55671. Argued October 6, 1977 (Calendar No. 2).—Decided
    November 28, 1977.

Geneva M. Kamen and Herman Kamen, her husband, brought an
    action against the State Highway Commission and the state for
    damages arising when Geneva Kamen was injured while walk-
    ing on a pedestrian walkway near the intersection of Five Mile
    Road and Telegraph Road in Wayne County, where the Depart-
    ment of State Highways was engaged in road repair and
    construction work. The Court of Claims, James J. Kelley, Jr.,
    J., granted judgment for the defendants on the ground that the
    pedestrian walkway is not an "improved portion of the highway
    designed for vehicular travel" for which the state is liable
    within the terms of the governmental tort liability act. The
    Court of Appeals, Bronson, P. J., and Quinn and Van Valken-
    burg, JJ., affirmed per curiam (Docket No. 17291). Plaintiffs
    appeal. *Held:*

    Leave to appeal was granted to consider a question under the
    governmental tort liability act. However, when the case was
    presented to the Court, the central issue concerned a proce-
    dural matter. Therefore, the order granting leave to appeal is
    vacated as improvidently granted.

*Fieger, Golden & Cousens* for plaintiffs.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Louis J. Caruso* and *Myron A. McMillan,* Assistants Attorney General, for defendants.

PER CURIAM. Leave to appeal was granted to consider a question under the governmental liability act. However, when the case was presented to

the Court, the central issue concerned a procedural matter.

We therefore believe leave to appeal was improvidently granted. The order of February 14, 1977 reported at 399 Mich 836 is vacated and leave to appeal is denied.

Kavanagh, C. J., and Williams, Levin, Coleman, Fitzgerald, Ryan, and Blair Moody, Jr., JJ., concurred.